CHARLES R. BERGSTROM, Appellant, *v.* THE RITZ-CARLTON RESTAURANT AND HOTEL COMPANY, Respondent.

*Bergstrom* v. *Ritz-Carlton Restaurant & Hotel Co.*, 171 App. Div. 776, appeal dismissed.
(Submitted January 8, 1917; decided January 16, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 27, 1916, in favor of defendant upon the submission of a controversy under section 1279 of the Code of Civil Procedure.

The motion was made upon the ground of failure to file the required undertaking.

*Frederick N. Watriss* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.